# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SNEZANA S. JANKOVIC,**

    **Plaintiff,**

**v.**           Case No:  6:14-cv-530-Orl-31KRS

**PROGRESSIVE AMERICAN INSURANCE COMPANY,**

    **Defendant.**

## ORDER

This matter comes before the Court without a hearing on the Motion to Dismiss Count II (Doc. 5) filed by the Defendant.   Although the deadline to do so passed on April 21, 2014, the Plaintiff has not filed a response.

The Plaintiff's complaint includes a claim for breach of the insurance contract (Count I) and a claim for insurer bad faith (Count II) for failing to properly negotiate a settlement of the claim at issue in Count I.   As the Defendant points out, an insured's underlying first-party action for insurance benefits against the insurer must be resolved favorably to the insured before the cause of action for bad faith in settlement negotiations can accrue.   *See Blanchard v. State Farm Mut. Ins. Co.*, 575 So.2d 1289, 1291 (Fla.1991).   Accordingly, it is hereby

**ORDERED** that the Motion to Dismiss Count II (Doc. 5) is **GRANTED IN PART**, and Count II is **STAYED** pending resolution of the breach of contract claim.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 12, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE